559 P.2d 399
**In the Matter of David H. PEARLMAN, Attorney at Law.**

**No. 11035.**

Supreme Court of New Mexico.

Aug. 4, 1976.

## DISCIPLINARY PROCEEDING

OMAN, Chief Justice.

This matter coming on for consideration by the Court upon Recommendations and Submission of Record by the Disciplinary Board, and David H. Pearlman appearing in person before the Court; Mr. Chief Justice Oman, Mr. Justice McManus, Mr. Justice Montoya, Mr. Justice Sosa and Mr. Justice Easley sitting;

NOW, THEREFORE, IT IS ORDERED that the Recommendations of the Disciplinary Board be and the same are hereby adopted and approved by the Court; that David H. Pearlman be and he hereby is publicly censured by the Supreme Court by reason of his violation of Disciplinary Rule 7–102(A)(7) and 7–106(A).

559 P.2d 399
**Milton M. CANON, Appellant,**

v.

**NEW MEXICO STATE BOARD OF EDUCATION, Appellee.**

**Nos. 11053 and 11054.**

Supreme Court of New Mexico.

Aug. 4, 1976.

## ORIGINAL PROCEEDINGS ON CERTIORARI

McMANUS, Justice.

## DECISION

Two petitions for a writ of certiorari were filed in this cause. Writs of certiorari directed to the New Mexico Court of Appeals were granted.

A review of the transcript reflects that the New Mexico State Board of Education was correct in affirming the decision of the Board of Education of Deming, New Mexico. Such determination was supported by substantial evidence. § 77–8–17(J), N.M.S.A.1953 (Supp.1975); *Wickersham v. New Mexico State Board of Education*, 81 N.M. 188, 464 P.2d 918 (Ct.App.1970).

The decision of the Court of Appeals is reversed.

IT IS SO ORDERED.

OMAN, C. J., and MONTOYA, SOSA and EASLEY, JJ., concur.